1  LEVENTHAL & ASSOCIATES
   TODD M. LEVENTHAL, ESQ.
2  Nevada Bar No. 8543
   California Bar No. 223577
3  626 S. Third Street
   Las Vegas, Nevada 89101
4  leventhalandassociates@gmail.com
   (702) 472-8686
5

6

7                      UNITED STATES DISTRICT COURT

                            DISTRICT OF NEVADA
8

9   UNITED STATES OF AMERICA,            Case No. 2:15-cr-0286-LDG-VCF

10

11            Plaintiff,                 MOTION TO RELEASE PRE-TRIAL
                                         ALCOHOL TEST RESULTS TO STATE
12  vs.                                  DUI PROGRAM

13
    VICTOR VAZQUEZ,
14
              Defendant.
15

16

17      Defendant, Victor Vazquez (Mr. Vazquez), through his counsel, Todd M. Leventhal,

18  Esq., requests this Honorable Court to allow Mr. Vazquez a copy of his Federal pre-trial alcohol

19  screening test to be given to the State Court's alcohol program.  This request is made due to  pre-

20  trial services policy that all documents in their possession regarding a defendant are deemed

21  confidential.  Pre-trail services notified Counsel for Mr. Vazquez and requested that this motion

22  //

23  //

24  //

25

26

27

28

1 | and order be submitted to this court.

2

DATED this 30th day of August, 2016.

3

4 | Respectfully submitted,

5 | /s/ Todd M. Leventhal
Todd M. Leventhal, Esq.

6 | Nevada Bar No. 8543
California Bar No. 223577

7 | 626 S. Third Street
Las Vegas, Nevada 89101

8 | leventhalandassociates@gmail.com
(702) 472-8686

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ORDER**

Accordingly, IT IS SO ORDERED that a copy of Mr. Vazquez Federal Alcohol test results be submitted to Mr. Vazquez State Court Alcohol Program.

Dated this ___12th___ day of September, 2016.

_____

UNITED STATES MAGISTRATE JUDGE

1                    CERTIFICATE OF ELECTRONIC SERVICE

2          The undersigned hereby certifies that (s)he is an employee in the office of

3 the Leventhal and Associates and is a person of such age and discretion as to be

4 competent to serve papers.

5          In accordance with the Federal Rules of Procedure, I certify that on this

6 date, AUGUST 30, 2016, I electronically filed the foregoing with the Clerk of the

7 Court for the United States District Court by using the CM/ECF system. I further

8 certify that counsel for petitioner are registered and listed participants with

9 CM/ECF system and that service of this pleading will be accomplished via the

10 CM/ECF system.

11

12 Assistant United States Attorney

13

14

15                                    */s/ Maribel Godinez*

16                                  Employee of Todd Leventhal & Associates

17

18

19

20

21

22

23

24

25

26

27

28