# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>VICTOR VAZQUEZ,<br><br>Defendant. | Case No. 2:15-cr-00286-LDG-CWH<br><br>**ORDER** |

Presently before the Court is Defendant Victor Vazquez's motion to modify conditions of supervised release (ECF No. 117), filed on April 26, 2017. The government filed a notice of non-opposition (ECF No. 121) on May 3, 2017.

Under the current terms of his release, Defendant has agreed not to obtain new bank accounts or lines of credit. (ECF No. 16) Defendant represents that his family vehicle was involved in an accident and declared a total loss by his insurance company. Defendant now requests permission to obtain a new line of credit for the purpose of purchasing a new vehicle. If the Court grants this request, Defendant has agreed to provide the account information to his probation officer and abide by any conditions they set. In light of good cause shown, the government's non-opposition to the motion, and the representations from Pretrial Services that Defendant has been in compliance with the terms of his release, the Court will grant the motion.

IT IS THEREFORE ORDERED that Defendant's motion to modify conditions of supervised release (ECF No. 117) is GRANTED. Defendant shall be allowed to obtain a line of credit to purchase a new vehicle, subject to the restrictions noted above.

DATED: May 5, 2017.

_____
C.W. Hoffman, Jr.
United States Magistrate Judge

1