TODD M. LEVENTHAL, ESQ
LEVENTHAL AND ASSOCIATES PLLC.
Nevada Bar No. 008543
California Bar No.223577
626 South Third Street
Las Vegas, Nevada 89101
(702) 427-8686
leventhalandassociates@gmail.com
*Attorney for Victor Vazquez*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> VICTOR VAZQUEZ, ) <br> ) <br> Defendant. ) <br> _____) | 2:15-CR-00286-LDG-VCF <br><br> **UNOPPOSED MOTION TO ALLOW INTERSTATE TRAVEL** |

COMES NOW, the Defendant VICTOR VAZQUEZ, by and through his attorney, TODD M. LEVENTHAL, ESQ., and hereby files the foregoing notice to allow Interstate Travel to Hesperia, California from August 18, 2017 through August 25, 2017.

1. Pursuant to the conditions of Pre-Trial Services, Mr. Vazquez is allowed to travel within Clark County, Nevada, and requires permission from the government to travel outside of this area.

2. Travel dates for Mr. Gonzalez are **Friday August 18, 2017** through **Saturday August 26, 2017**.

3. He will be staying at the following address: 18603 Yucca St., Hesperia, California 82345.

4. Mr. Gonzalez will be traveling by car to the designated address and will be with his wife and kids.

5. Mr. Leventhal has spoken to KATHRYN C. NEWMAN, Assistant United States Attorney, and she has no objection to the travel.

6. Additionally, Mr. Vazquez will advise his Pre-Trial Officer within 24hrs of his return to Las Vegas, NV.

DATED this 17th day of July, 2017.

Submitted By: LEVENTHAL & ASSOCIATES, PLLC

By:    /s/ Todd M. Leventhal

TODD M. LEVENTHAL, ESQ.
Leventhal & Associates, PLLC
Nevada Bar No. 008543
California Bar No. 223577
626 S. 3rd Street
Las Vegas, Nevada 89101
T: 702-472-8686
leventhalandassociates@gmail.com
Attorney for: Mr. Vazquez

TODD M. LEVENTHAL, ESQ
LEVENTHAL AND ASSOCIATES PLLC.
Nevada Bar No. 008543
California Bar No.223577
626 South Third Street
Las Vegas, Nevada 89101
(702) 427-8686
leventhalandassociates@gmail.com
*Attorney for Victor Vazquez*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> vs. <br> VICTOR VAZQUEZ, <br> Defendant. | 2:15-CR-00286-LDG-VCF <br><br> (Proposed) ORDER GRANTING MR. VAZQUEZ'S UNOPPOSED MOTION TO TRAVEL OUTSIDE OF CLARK COUNTY, NEVADA |

Based on the Motion of Defendant VICTOR VAZQUEZ and good cause appearing, the Court hereby ORDERS as follows:

1. Defendant, VICTOR VAZQUEZ may travel outside of Clark County, Nevada from the dates of **Friday August 18, 2017** through **Saturday August 26, 2017**.

2. Mr. Vazquez has notified his Pre-Trial Officer and has provided the address where he will be staying.

3. Mr. Vazquez will also advise his Pre-Trial Officer within 24hrs of his return to Las Vegas, NV.

4. All other conditions of Pretrial supervision/diversion shall previously remain in place.

**IT IS SO ORDERED.**

Dated this __17__ day of August, 2017.

_____
CARL W. HOFFMAN
U.S. MAGISTRATE JUDGE

**CERTIFICATE OF SERVICE**

I hereby certify that on the 17th day of July, 2017 a true and correct copy of the,

**UNOPPOSED MOTION TO ALLOW INTERSTATE TRAVEL**

was filed through the CM/ECF filing system and was electronically served to the following registered addresses on file for this instant case :

Kathryn C. Newman:     Kathryn.Newman@usdoj.gov, USANV.team2@usdoj.gov, Veronica.Criste@usdoj.gov, caseview.ecf@usdoj.gov, william.foley@usdoj.gov

      /s/ Todd M. Leventhal
An Employee of TODD M. LEVENTHAL, ESQ.
LEVENTHAL AND ASSOCIATES, PLLC.