TODD M. LEVENTHAL, ESQ
Leventhal and Associates, PLLC
Nevada Bar No. 8543
California Bar No. 223577
626 South Third Street
Las Vegas, Nevada 89101
PHONE: (702) 472-8686
leventhalandassociates@gmail.com
*Attorney for Victor Vazquez*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>VICTOR VAZQUEZ,<br><br>　　　　　　　Defendant. | Case no.: 2:15-CR-00286-LDG-VCF<br><br>**UNOPPOSED MOTION TO ALLOW INTERSTATE TRAVEL** |

COMES NOW, the defendant VICTOR VAZQUEZ, by and through his attorney of record, TODD M. LEVENTHAL, ESQ., hereby files the foregoing notice to allow Travel to

1. Pursuant to the conditions of Pre-Trial Services, Mr. Vazquez is allowed to travel within Clark County, Nevada, and requires permission from government to travel outside of this area.

2. Travel dates for Mr. Vazquez are **Friday April 6, 2018** through **Sunday April 8, 2018.**

3. He will be staying at the following address: 1646 W. 3500 s. West Valley City, UT 84119

4. Mr. Vazquez will be traveling by car to the designated address and will be with his wife and kids

5. Mr. Leventhal has spoken to KATHRYN C. NEWMAN, Assistant United States Attorney, and she has no objection to the travel.

6. Mr. Vazquez has spoken to his Pretrial Officer and he has no objection to the travel

7. Additionally, Mr. Vazquez will advise his Pre Trial Officer within 24hrs of his return to Las Vegas.

DATED this 4th day of April 2018.

Submitted By: LEVENTHAL & ASSOCIATES, PLLC

By:     /s/ Todd M. Leventhal
TODD M. LEVENTHAL, ESQ.
Leventhal & Associates, PLLC
Nevada Bar No. 008543
California Bar No. 223577
626 S Third Street
Las Vegas NV 89101
T: (702) 472-8686
Attorney for Defendant Victor Vazquez

TODD M. LEVENTHAL, ESQ
Leventhal and Associates, PLLC
Nevada Bar No. 8543
California Bar No. 223577
626 South Third Street
Las Vegas, Nevada 89101
PHONE: (702) 472-8686
leventhalandassociates@gmail.com
*Attorney for Victor Vazquez*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>VICTOR VAZQUEZ,<br><br>Defendant. | Case no.: 2:15-CR-00286-LDG-VCF<br><br>(proposed) ORDER GRANTING MR. VAZQUEZ'S UNOPPOSED MOTION TO ALLOW INTERSTATE TRAVEL |

Based on the Motion of Defendant VICTOR VAZQUEZ and good cause appearing, the Court hereby ORDERS as follows:

1. Defendant, VICTOR VAZQUEZ may travel outside of Clark County, Nevada from the dates of Friday April 6, 2018 through Sunday April 8, 2018.
2. Mr. Vazquez has notified his Pre-Trial Officer and has provided the address where he will be staying.
3. Mr. Vazqeuz will also advise his Pre-Trial Officer within 24hrs of his return to Las Vegas, NV.
4. All other conditions of Pretrial supervision/diversion shall previously remain in place.

IT IS SO ORDERED.

Dated this April 5, , 2018.

_____
CARL W. HOFFMAN
U.S. MAGISTRATE JUDGE

# **CERTIFICATE OF SERVICE**

I hereby certify that on 4th day of April, 2018 a true and correct copy of the,

**UNOPPOSED MOTION TO ALLOW INTERSTATE TRAVEL**

was filed through the CM/ECF filing system and was electronically served to the following registered addresses on file for this instant case :

Kathryn C. Newman: Kathryn.Newman@usdoj.gov, Eileen.Alexander@usdoj.gov, USANV.team3@usdoj.gov, caseview.ecf@usdoj.gov, denise.cope@usdoj.gov

      /s/ Todd M. Leventhal
TODD M. LEVENTHAL, ESQ.
Attorney for Defendant Victor Vazquez