TODD M. LEVENTHAL, ESQ
Leventhal and Associates, PLLC
Nevada Bar No. 8543
California Bar No. 223577
626 South Third Street
Las Vegas, Nevada 89101
PHONE: (702) 472-8686
leventhalandassociates@gmail.com
*Attorney for Victor Vazquez*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> VICTOR VAZQUEZ, <br><br> Defendant. | Case no.: 2:15-CR-00286-LDG-VCF <br><br> **UNOPPOSED MOTION TO ALLOW INTERSTATE TRAVEL** |

COMES NOW, Defendant, VICTOR VAZQUEZ by and through his counsel, TODD M. LEVENTHAL, ESQ., and hereby files the foregoing notice to allow Interstate Travel to Victorville, California from May 24, 2019 through May 26, 2019.

1. Pursuant to the conditions of Pre-Trial Services, Mr. Vazquez is allowed to travel within Clark County, Nevada, and requires permission from government to travel outside of this area.

2. Travel dates for Victor Vazquez are Friday, May 24, 2019 through Sunday, May 26, 2019.

3. Mr. Vazquez will be staying at the following address: Hilton Garden Inn, 12603 Mariposa Rd., Victorville, California 92395.

4. Mr. Vazquez will be traveling by car to the designated address.

5. Todd Leventhal has spoken to Daniel Schiess, Assistant United States Attorney, and he has no objection to the travel.

6. Mr. Vazquez has spoken to his Pre-Trial Officer and he has no objection to the travel.

7. Additionally, Mr. Vazquez will advise his Pre-Trial Officer within 24 hours of his return to Las Vegas Nevada.

Dated this 21st day of May, 2019.

By:    /s/ Todd M. Leventhal
Todd M. Leventhal, Esq.
LEVENTHAL AND ASSOCIATES, PLLC
NV Bar No.: 008543
California Bar No.: 223577
626 S. Third St.
Las Vegas NV 89101
leventhalandassociates@gmail.com
Attorney for Defendant
*Victor Vazquez*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

THE UNITED STATES OF AMERICA,

    Plaintiff,

vs.

VICTOR VAZQUEZ,

    Defendant.

Case no.: 2:15-CR-00286-LDG-VCF

**ORDER GRANTING VICTOR VAZQUEZ'S UNOPPOSED MOTION TO ALLOW INTERSTATE TRAVEL**

Based on the Motion of Defendant VICTOR VAZQUEZ and good cause appearing, the Court hereby orders as follows:

1. Pursuant to the conditions of Pre-Trial Services, Mr. Vazquez is allowed to travel within Clark County, Nevada, and requires permission from government to travel outside of this area.

2. Travel dates for Victor Vazquez are Friday, May 24, 2019 through Sunday, May 26, 2019.

3. Mr. Vazquez will be staying at the following address: 12603 Mariposa Rd., Victorville, California 92395

4. Mr. Vazquez will be traveling by car to the designated address.

5. Todd Leventhal has spoken to Daniel Schiess, Assistant United States Attorney, and he has no objection to the travel.

//

6. Mr. Vazquez has spoken to his Pre-Trial Officer and he has no objection to the travel.

7. Additionally, Mr. Vazquez will advise his Pre-Trial Officer within 24 hours of his return to Las Vegas Nevada.

IT IS SO ORDERED.

DATED: May 22, 2019

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

# CERTIFICATE OF SERVICE

I hereby certify that on the 21ST day of May, 2019 a true and correct copy of the, **UNOPPOSED MOTION TO ALLOW INTERSTATE TRAVEL** was filed through the CM/ECF filing system and was electronically served to the registered addresses on file for this instant case.

      /s/ Todd M. Leventhal
An Employee of TODD M. LEVENTHAL, ESQ.
LEVENTHAL & ASSOCIATES, PLLC.