NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada
Nevada Bar Number 13644
DANIEL R. SCHIESS
Nevada Bar No. 5483
Assistant United States Attorney
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Email: dan.schiess@usdoj.gov

*Representing the United States of America*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:15-cr-00286-RFB-VCF |
| Plaintiff, | |
| vs. | **STIPULATION TO CONTINUE SENTENCING** |
| VICTOR VAZQUEZ, | (First Request) |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Daniel R. Schiess, Assistant United States Attorney, counsel for the United States of America, and Todd Leventhal, counsel for defendant Victor Vazquez, that the sentencing currently scheduled for September 19, 2019, at the hour 2:45 p.m., be vacated and set to a date and time convenient to this Court, but no sooner than three weeks, and then after 3 p.m., if convenient with the Court.

The Stipulation is entered into for the following reasons:

1. Counsel for the United States, AUSA Daniel R. Schiess, is currently in trial in *United States v. Pastor Palafox et al,* 2:16-cr-00265-GMN. The trial is in session Monday through Thursday's from 9:00 a.m. – 3:00 p.m.

2. Counsel for defendant Victor Vazquez would like the sentencing hearing to be held on the same day as the sentencing hearing of his co-defendant Pierre Franco-Ramos.

3. The defendant is not incarcerated and does not object to the continuance.

4. The additional time requested herein is not sought for purposes of delay, but merely to allow for continuity of counsel the Government to timely appear at the hearing and for the Court to be able to sentence the defendant and his co-defendant on or about the same day.

5. Respectfully submitted this 17th day of September, 2019.

NICHOLAS A. TRUTANICH
United States Attorney

/s/ Todd Leventhal
TODD LEVENTHAL
Counsel for VAZQUEZ

/s/ Daniel R. Schiess
DANIEL R. SCHIESS
Assistant United States Attorney

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

VICTOR VAZQUEZ,

        Defendant.

Case No. 2:15-cr-00286-RFB-VCF

**FINDINGS OF FACT, CONCLUSIONS OF LAW AND ORDER**

## FINDINGS OF FACT

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. Counsel for the United States, AUSA Daniel R. Schiess, is currently in trial in *United States v. Pastor Palafox et al,* 2:16-cr-00265-GMN. The trial is in session Monday through Thursday's from 9:00 a.m. – 3:00 p.m.

2. Counsel for defendant Victor Vazquez would like the sentencing hearing to be held on the same day as the sentencing of his co-defendant, Pierre Franco-Ramos.

3. The defendant is not incarcerated and does not object to the continuance.

4. The additional time requested herein is not sought for purposes of delay, but merely to allow government counsel to timely appear at the hearing and for the Court to be able to sentence the defendant and his co-defendant on or about the same day.

| | |
|---|---|
| 1 | **ORDER** |
| 2 | IT IS ORDERED that the sentencing currently scheduled for September 19, 2019, at the |
| 3 | hour of 3:10 p.m., be vacated and continued to <u>October 11, 2019</u> at the hour of <u>3</u>:<u>00</u> <u>p</u>.m. |
| 4 | DATED this <u>18th</u> day of September, 2019. |

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE