**TODD M. LEVENTHAL, ESQ.**
Nevada Bar No. 8543
California Bar No. 223577
**LEVENTHAL & ASSOCIATES, PLLC.**
626 South Third Street
Las Vegas, Nevada 89101
PHONE: (702) 472-8686
FAX: (702) 472-8685
leventhalandassociates@gmail.com

*Attorney for Victor Vazquez*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:15-cr-00286-RFB-VCF |
| Plaintiff, | **STIPULATION TO CONTINUE SENTENCING** |
| v. | *(Second Request)* |
| PIERRE FRANCO-RAMOS and VICTOR VAZQUEZ, | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED by and between Nicholas A. Trutanich, United States Attorney, and Daniel R. Schiess, Assistant United States Attorney, counsel for the United States of America, Todd M. Leventhal, Esq., counsel for Victor Vazquez, and Craig Mueller, Esq., counsel for Pierre Franco- Ramos, that the Sentencing currently scheduled for October 31, 2019 at 3:00 p.m. be vacated and set to a date and time convenient to this Court.

The Stipulation is entered into for the following reasons:

//

1. Attorney Todd Leventhal will be out of Jurisdiction the following days: 10/31/19 – 11/4/19

2. The additional time requested herein is not sought for purposes of delay, but merely to allow counsel for Defendant Victor Vazquez to timely appear at the hearing.

3. The defendant is not incarcerated and does not object to the continuance.

4. The parties agree to the continuance.

This is the second stipulation to continue Sentencing.

DATED: October 30, 2019

/s/ Todd M. Leventhal
By_____
TODD M. LEVENTHAL
Counsel for: Victor Vazquez

/s/ Daniel R. Schiess
By_____
DANIEL R. SCHIESS
Assistant United States Attorney

/s/ Craig Mueller
By_____
CRAIG MUELLER
Counsel for: Pierre Franco-Ramos

2

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>PIERRE FRANCO-RAMOS and VICTOR VAZQUEZ<br><br>    Defendants. | Case No.: 2:15-cr-00286-RFB-VCF<br><br>**FINDINGS OF FACT, CONCLUSIONS OF LAW AND ORDER** |

## FINDINGS OF FACT

Based on the pending stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. Attorney Todd Leventhal will be out of Jurisdiction the following days: 10/31/19 – 11/4/19

2. The additional time requested herein is not sought for purposes of delay, but merely to allow counsel for Defendant Victor Vazquez to timely appear at the hearing.

3. The defendant is not incarcerated and does not object to the continuance.

4. The parties agree to the continuance.

## ORDER

IT IS ORDERED that the sentencing currently scheduled for October 31, 2019, at the hour of 3:00 p.m., be vacated and continued to _____ at the hour of ___:___ __.m.

DATED this _____ day of _____, 2019.

 

_____
UNITED STATES DISTRICT JUDGE

3

TODD M. LEVENTHAL, ESQ.
Nevada Bar No. 8543
California Bar No. 223577
**LEVENTHAL & ASSOCIATES, PLLC.**
626 South Third Street
Las Vegas, Nevada 89101
PHONE: (702) 472-8686
FAX: (702) 472-8685
leventhalandassociates@gmail.com

*Attorney for Victor Vazquez*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>PIERRE FRANCO-RAMOS and VICTOR VAZQUEZ,<br><br>        Defendants. | Case No.: 2:15-cr-00286-RFB-VCF<br><br>**STIPULATION TO CONTINUE SENTENCING**<br><br>*(Second Request)* |

IT IS HEREBY STIPULATED AND AGREED by and between Nicholas A. Trutanich, United States Attorney, and Daniel R. Schiess, Assistant United States Attorney, counsel for the United States of America, Todd M. Leventhal, Esq., counsel for Victor Vazquez, and Craig Mueller, Esq., counsel for Pierre Franco- Ramos, that the Sentencing currently scheduled for October 31, 2019 at 3:00 p.m. be vacated and set to a date and time convenient to this Court.

The Stipulation is entered into for the following reasons:

//

1. Attorney Todd Leventhal will be out of Jurisdiction the following days: 10/31/19 – 11/4/19

2. The additional time requested herein is not sought for purposes of delay, but merely to allow counsel for Defendant Victor Vazquez to timely appear at the hearing.

3. The defendant is not incarcerated and does not object to the continuance.

4. The parties agree to the continuance.

This is the second stipulation to continue Sentencing.

DATED: October 30, 2019

/s/ Todd M. Leventhal
By_____
TODD M. LEVENTHAL
Counsel for: Victor Vazquez

/s/ Daniel R. Schiess
By_____
DANIEL R. SCHIESS
Assistant United States Attorney

/s/ Craig Mueller
By_____
CRAIG MUELLER
Counsel for: Pierre Franco-Ramos

2

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PIERRE FRANCO-RAMOS and VICTOR VAZQUEZ<br><br>Defendants. | Case No.: 2:15-cr-00286-RFB-VCF<br><br>**FINDINGS OF FACT, CONCLUSIONS OF LAW AND ORDER** |

## FINDINGS OF FACT

Based on the pending stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. Attorney Todd Leventhal will be out of Jurisdiction the following days: 10/31/19 – 11/4/19
2. The additional time requested herein is not sought for purposes of delay, but merely to allow counsel for Defendant Victor Vazquez to timely appear at the hearing.
3. The defendant is not incarcerated and does not object to the continuance.
4. The parties agree to the continuance.

## ORDER

IT IS ORDERED that the sentencing currently scheduled for October 31, 2019, at the hour of 3:00 p.m., be vacated and continued to November 13, 2019 at the hour of 3 : 30 p.m.

DATED this 30th day of October, 2019.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

3