UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>VICTOR VAZQUEZ,<br><br>　　　　　Defendant. | Case No. 2:15-cr-00286-RFB-VCF<br><br>**PROPOSED ORDER** |

　　　IT IS ORDERED that the restitution amount in the second amended judgment (ECF No. 234) is revised to reflect a restitution amount of $77,000, not joint and several, and that restitution should be distributed following the standard procedure used by the Court for proportional distribution to all victims on the restitution list previously filed in this case. The restitution list attached at [234] Judgment is incorporated by reference herein.

　DATED this 2nd day of October 2024.

　　　　　　　　　　　　　　　　　　　　　　　　_[signature]_

　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE